# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS WALKER, | } | Civil Action 1:14-cv-1862 |
| Plaintiff, | } } } | JUDGE: PATRICIA A. GAUGHAN |
| v. | } } | |
| FREDERICK J. HANNA & ASSOCIATES, P.C. | } } } | |
| Defendant. | } | |

So Ordered.
/s/ Patricia A. Gaughan
10/9/14

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses his case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff